UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA CALDERON,<br><br>         Plaintiff,<br><br>   -against-<br><br>ST. BARNABAS HOSPITAL,<br><br>         Defendant. | 1:22-CV-7748 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 24, 2022,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, 28 U.S.C. § 1915(e)(2)(B)(ii), and declines to consider, under the Court's supplemental jurisdiction, Plaintiff's claims under state law, 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 12, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge